

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2014

No. 04-13-00857-CV

**IN THE INTEREST OF JLA,** a Child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02800
Honorable Richard Garcia, Judge Presiding

# O R D E R

      This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was due to be filed by January 27, 2014. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Catherine Stone_
Catherine Stone, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court